

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00286-CV

Margaret Landen **SAKS** and Philip M. Ross,
Appellants

v.

Marcus P. **ROGERS**, A. Chris Heinrichs, J. Barrett Shipp, and Heinrichs & De Gennaro, P.C.,
Appellees

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-PC-3466B
Honorable Kelly Cross, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellants Margaret Landen Saks and Philip M. Ross.

SIGNED July 26, 2017.

_____
Patricia O. Alvarez, Justice